

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     David Laney v. Bryan Collier, Leonard Echessa, Michael Butchner, and Richard Babcock

Appellate case number:   01-18-00101-CV

Trial court case number: 92135-I

Trial court:             412th Judicial District Court of Brazoria County

     This appeal was dismissed on August 21, 2018. Appellant has filed a motion for rehearing that does not challenge the dismissal, but instead challenges the judgment's ordering that costs of appeal be taxed against appellant. Upon consideration of appellant's motion, an amended judgment has been issued in which costs of appeal are not assessed against appellant. Accordingly, the motion for rehearing is dismissed as moot.

     It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                Acting individually


Date: October 2, 2018